IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

PAMELA COOPER, )
)
        Petitioner, )
)
v. ) CIVIL ACTION NO.: CV511-103
)
UNITED STATES OF AMERICA, )
)
        Respondent. )

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Petitioner's Motion for Hearing on Issue of Factual Dispute, characterized as a motion to vacate, set aside, or correct a sentence pursuant to 28 U.S.C. § 2255, is **DISMISSED** as successive within the meaning of § 2255(h). The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 6th day of December, 2011.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)